UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **17-1987**


United States ex rel. Freedom Unlimited, Inc. v. City of Pittsburgh
(W.D.Pa. 2-12-cv-01600)


**ORDER**


The opinion issued on March 28, 2018 is hereby amended to reflect that John C. Hansberry, Esq. argued the case on behalf of Appellees City of Pittsburgh and Luke Ravensthal.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  April 5, 2018
tmm/cc: All Counsel of Record